# United States Bankruptcy Court
## Northern District of New York

**IN RE:**

Case No. _____

Syracuse Lithographing Company _____ | Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**225.00/hr**_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**6,039.00**_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

    **Debtor paid an additional $1,039.00 for the filing fee. The $5,000.00 paid was earned for pre-petition activites such as meetings with client to discuss bankruptcy, petition preparation, schedule preparation, drafting of necessary motions and corporate resolutions.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 25, 2011** _____ | **/s/ Stewart L. Weisman** _____

Date

**Stewart L. Weisman 102806**
**Weisman Law Office**
**8060 Shadow Rock Road**
**Manlius, NY 13104**
**(315) 682-0652  Fax: (315) 682-0734**
**sweisman@twcny.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of New York

IN RE:                                                    Case No. _____

Syracuse Lithographing Company _____    Chapter **11** _____

<center>Debtor(s)</center>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                         the Social Security number of the officer,
                                                 principal, responsible person, or partner of
_____    the bankruptcy petition preparer.)
                                                 (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Syracuse Lithographing Company _____    **X** **/s/**                        **5/25/2011**
Printed Name(s) of Debtor(s)                     Signature of Debtor              Date

Case No. (if known) _____    **X** _____
                                                 Signature of Joint Debtor (if any)     Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Syracuse Lithographing Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Syracuse Litho** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **15-0465110** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**163 Solar Street**<br>**Syracuse, NY**<br>ZIPCODE **13204** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Onondaga** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**163 Solar Street, Syracuse, NY**<br>ZIPCODE **13204** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>                        Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Syracuse Lithographing Company** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br><span style="float:left">Signature of Attorney for Debtor(s)</span> <span style="float:right">Date</span></td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Syracuse Lithographing Company** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |

X **/s/ Stewart L. Weisman**
   Signature of Attorney for Debtor(s)

**Stewart L. Weisman 102806**
**Weisman Law Office**
**8060 Shadow Rock Road**
**Manlius, NY 13104**
**(315) 682-0652  Fax: (315) 682-0734**
**sweisman@twcny.com**

**May 25, 2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darryl J. Grandy**
   Signature of Authorized Individual

**Darryl J. Grandy**
   Printed Name of Authorized Individual

**Sole Owner/President/Director**
   Title of Authorized Individual

**May 25, 2011**
   Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of New York

**IN RE:**

Case No. _____

Syracuse Lithographing Company

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Hudson Paper Company**<br>**K/K/A Central Lewmar**<br>**111 Black Rock Turnpike**<br>**Fairfield, CT 06825** | | **Trade debt** | | **49,628.60** |
| **Hsbc BANK USA, NA**<br>**PO BOX 0002**<br>**Buffalo, NY 14270** | | **Bank loan** | | **48,999.94** |
| **Christopher Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY 13215** | | **Trade debt** | | **19,773.94** |
| **HSBC Bank USA -Credit Card**<br>**PO Box 0627**<br>**Buffalo, NY 14270-4722** | | **Bank loan** | | **15,272.09** |
| **Advanta Credit Cards**<br>**P.O. Box 5657**<br>**Hicksville, NY 11802** | | **Trade debt** | | **11,400.18** |
| **Sweeney Electric**<br>**2100 Park Street**<br>**P.O. Box 1**<br>**Syracuse, NY 13208** | | **Trade debt** | | **9,187.26** |
| **Excellus Health Plan**<br>**P.O. Box 5266**<br>**Binghamton,, NY 13902** | | **Trade debt** | | **6,510.24** |
| **Midgley Printing, Inc.**<br>**200 Oxford Street**<br>**Syracuse, NY 13202** | | **Trade debt** | | **6,107.00** |
| **RIS Paper Company**<br>**3 Selina Drive**<br>**Albany, NY 12205** | | **Trade debt** | | **5,118.42** |
| **O'Connor Paper Fibers, Inc.**<br>**615 Elmwood Ave**<br>**Buffalo, NY 14222** | | **Trade debt** | | **5,110.45** |
| **United Health Care**<br>**5012 Campuswood Dr.**<br>**East Syracuse, NY 13057** | | **Trade debt** | | **5,000.00** |
| **National Grid**<br>**300 Erie Blvd West**<br>**Syracuse, NY 13252** | | **Trade debt** | | **4,085.19** |
| **GE Richards Graphic Supplies**<br>**3495 Winton Place**<br>**Building D, Suite 1**<br>**Rochester, NY 14623** | | **Trade debt** | | **3,406.61** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Richard Wilson Snow Plowing**<br>**139 Ball Circle**<br>**Syracuse, NY  13210** | **Trade debt** | **3,189.00** |
| **UPS**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA  19170-0001** | **Trade debt** | **2,653.23** |
| **Teals Express**<br>**PO Box 6010**<br>**Watertown, NY  13601** | **Trade debt** | **2,444.80** |
| **Northland Communications**<br>**9560 Main Street**<br>**P.O. Box 419**<br>**Holland Patent, NY 13354** | **Trade debt** | **2,444.39** |
| **P.J. Gren Advertising**<br>**22 Corporate Circle**<br>**P.O.  Box 4026**<br>**East Syracuse, NY  13057** | **Trade debt** | **2,379.86** |
| **Hostman-Steinberg**<br>**2500 Walden Road**<br>**Ckeekowaga, NY  14225** | **Trade debt** | **2,141.04** |
| **Upstate Printing**<br>**Second Floor**<br>**212 West Division Street**<br>**Syracuse, NY  13204** | **Trade debt** | **1,994.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 25, 2011**                    Signature: **/s/ Darryl J. Grandy**

**Darryl J. Grandy, Sole Owner/President/Director**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of New York

**IN RE:**                                                                    Case No. _____

**Syracuse Lithographing Company** _____    Chapter **11** _____

                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 310,177.00 | | |
| B - Personal Property | Yes | 3 | $ 429,555.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 181,873.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 16,995.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 807,782.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 24 | $ 739,732.57 | $ 1,006,651.44 | |

IN RE Syracuse Lithographing Company                                    Case No. _____
_____
                        Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **163-67 Solar Street** | **Fee Simple** | | **268,639.00** | **181,873.70** |
| **163-67 Solar Street Rear**<br>**Syracuse, NY 13204** | **Fee Simple** | | **41,538.00** | **181,873.70** |
| | | | | |
| | | **TOTAL** | **310,177.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company                                Case No. _____

_____

Debtor(s)                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC General Operating Account account 205277586** | | **10,000.00** |
| | | **HSBC Payroll Account 205296319** | | **1,000.00** |
| | | **HSBC Wire Account 205296319** | | **0.00** |
| | | **Solvay Bank Payroll 41169921** | | **5.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Office decorations** | | **150.00** |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Syracuse Lithographing Company      Case No. _____

        Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable from 11 seperate accounts: Action Printwear; Cornell Univeristy; Cenage Learning; Life's Changing Seasons; Midgley Printing; NY Forest Owners Association; Raymour and Flanigan; St. Joseph's Hospital; Upstate printing and Zoom Printing.** | | 58,126.28 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 International Truck 95 - Delivery Truck - High Mileage** | | 4,621.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **11 Desks; 15 Chairs; Partitions; 2 FireKing Storage Cabinets Time Clock; shredder; Calculators, Fax Machines; Telephone System; Air Conditioner and File Cabinets** | | 6,643.99 |
| | | **calculators,** | | 50.00 |
| | | **IBM Typwriter** | | 122.00 |
| | | **misc office supplies, copy paper, toner, etc.** | | 500.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Syracuse Lithographing Company** _____  Case No. _____

<center>Debtor(s)</center> <center>(If known)</center>

<center>

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

</center>

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Bindery Room Supplies and Equipment cutters; tying machines; stichers; hole drills, punches,** | | 1,601.86 |
| | | **Cutting Department equipment and supplies** | | 18,768.00 |
| | | **DeskTop computers, equipment; software; camera's; cassette's; cables and scanner** | | 28,961.30 |
| | | **Folding Room Equipment and Supplies; Stahl Folders; Heidelberg VFZ Folders; Baum Folders;** | | 55,183.54 |
| | | **Layout Room tables; frames; lamps; supplies and screens** | | 2,065.12 |
| | | **Pressroom compressors, tables, scales, densilometers; printing presses; heaters; ink agitators; punch; miller; perfectors; supplies and tools** | | 210,227.79 |
| | | **S.G. Regular Equipment and Supplies** | | 13,865.02 |
| | | **Shipping Department Equipment and Supplies** | | 1,772.57 |
| | | **Vacuum Plate Department Frames, lamp, punch, software and developers** | | 1,081.13 |
| | | **Warehouse/Material Handling Equipment and Supplies; Hand Trucks; forklift trucks; electric hand trucks; paper balers; pallet truck** | | 1,540.65 |
| 30. Inventory. | | **Inventory used in manufacturing departments - paper stock; film; plates; ink** | | 10,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **credit with Upstate Graphics Repair** | | 3,270.32 |

<div align="right">

**TOTAL** | **429,555.57**

</div>

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Syracuse Lithographing Company** _____ Case No. _____
<div align="center">Debtor(s)                    (If known)</div>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE Syracuse Lithographing Company      Case No. _____

_____

           Debtor(s)                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**City Of Syracuse**<br>**333 East Washington Street**<br>**Syracuse, NY 13261** | | | **real property taxes on 163 Solar Street lien effective 1/31/10**<br><br>VALUE $ **150,000.00** | | | | 32,360.62 | |
| ACCOUNT NO. <br><br>**Internal Revene Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **lien file 9/26/2009 with the NY Secretary of State on 11/17/2009 and Onondaga County Clerks Office on 11/18/2009**<br><br>VALUE $ **735,307.25** | | | | 19,574.47 | |
| ACCOUNT NO. <br><br>**Internal Revene Service**<br>**100 South Clinton Street**<br>**Syracuse, NY 13261** | | | **Assignee or other notification for:**<br>**Internal Revene Service**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br>**Internal Revene Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Federal Tax Lien filed with the NY Secretary of State on 6/08/2010 and with the Onondaga County Clerks Office on 6/10/2010**<br><br>VALUE $ **150,000.00** | | | | 32,565.92 | |

___ **2** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ 84,501.01 | $ |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Syracuse Lithographing Company _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revene Service<br>100 South Clinton Street<br>Syracuse, NY 13261** | | | **Assignee or other notification for:<br>Internal Revene Service**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Internal Revene Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | | | **Federal Tax Lien file with the NY Secretary of State on 11/5/2010 and with the Onondaga County Clerk on 11/4/2010**<br><br>VALUE $ **150,000.00** | | | | 15,984.08 | |
| ACCOUNT NO.<br>**Internal Revene Service<br>100 South Clinton Street<br>Syracuse, NY 13261** | | | **Assignee or other notification for:<br>Internal Revene Service**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Internal Revene Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | | | **Federal Tax Lien filed with the NY Secretary of State on 8/3/2010 and with Onondaga County Clerks Office on 8/4/2010**<br><br>VALUE $ **150,000.00** | | | | 20,733.80 | |
| ACCOUNT NO.<br>**Internal Revene Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | | | **Federal Tax Lien filed with the NY Secretary of State on 11/5/2010 and with Onondaga County Clerks Office on 11/4/2010**<br><br>VALUE $ **150,000.00** | | | | 5,133.60 | |
| ACCOUNT NO.<br>**Internal Revene Service<br>100 South Clinton Street<br>Syracuse, NY 13261** | | | **Assignee or other notification for:<br>Internal Revene Service**<br><br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **41,851.48** | $ |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Syracuse Lithographing Company</u>     Case No. _____
                  Debtor(s)                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYS Department Of Labor**<br>**Employer Account Adjustment Section**<br>**WA Harriman Campus**<br>**Albany, NY  12240-0415** | | | **New York State Department of Labor Lien filed with Onondaga County Clerks Office  on 1/13/2011**<br><br>VALUE $ **150,000.00** | | | | 8,698.39 | |
| ACCOUNT NO.<br><br>**NYS Department Of Taxation And Finance**<br>**OPTS-Corp Tax Liability Resolution**<br>**WA Harriman State Campus**<br>**Albany, NY  12227-0001** | | | **New York State Tax Lien file with the NY Secretary of State om 5/11/2010 and with the Onondaga County Clerks Office on 5/12/2010.**<br><br>VALUE $ **150,000.00** | | | | 981.43 | |
| ACCOUNT NO.<br><br>**NYS Department Of Taxation And Finance**<br>**OPTS-Corp Tax Liability Resolution**<br>**WA Harriman State Campus**<br>**Albany, NY  12227-0001** | | | **New York State Tax Lien with the NY Secretary of State on 6/17/2010**<br><br>VALUE $ **150,000.00** | | | | 8,066.07 | |
| ACCOUNT NO.<br><br>**NYS Department Of Taxation And Finance**<br>**OPTS-Corp Tax Liability Resolution**<br>**WA Harriman State Campus**<br>**Albany, NY  12227-0001** | | | **New York State Tax Warrant filed with Ononadga County Clerks Office on 2/9/2011**<br><br>VALUE $ **150,000.00** | | | | 9,119.89 | |
| ACCOUNT NO.<br><br>**NYS Department Of Taxation And Finance**<br>**OPTS-Corp Tax Liability Resolution**<br>**WA Harriman State Campus**<br>**Albany, NY  12227-0001** | | | **New York State Tax Warrant with the Onondaga County Clerks Office on 2/9/2011**<br><br>VALUE $ **150,000.00** | | | | 548.62 | |
| ACCOUNT NO.<br><br>**NYS Department Of Taxation And Finance**<br>**OPTS-Corp Tax Liability Resolution**<br>**WA Harriman State Campus**<br>**Albany, NY  12227-0001** | | | **New York State Tax Warrant file with Onondaga County Clerks office on 2/9/2011**<br><br>VALUE $ **150,000.00** | | | | 28,106.81 | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                Subtotal
      (Total of this page)   $ **55,521.21**   $

                    Total
   (Use only on last page)   $ **181,873.70**   $

                                (Report also on     (If applicable, report
                                Summary of       also on Statistical
                                Schedules.)       Summary of Certain
                                               Liabilities and Related
                                               Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company _____ Case No. _____
                                    Debtor(s)                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **2** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Syracuse Lithographing Company
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brian Lanzaame**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| ACCOUNT NO.<br>**Christopher Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY 13215** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| ACCOUNT NO.<br>**Daniel Ross**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| ACCOUNT NO.<br>**Darryl Granby**<br>**3419 Collins Road**<br>**Syracuse, NY 13215** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **16,995.02** | **16,695.02** | **300.00** |
| ACCOUNT NO.<br>**Linda Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY 13215** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| ACCOUNT NO.<br>**Michael Clough**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **16,995.02**   $ **16,695.02**   $ **300.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

IN RE  Syracuse Lithographing Company                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Patricia Simmons-Clough**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| **ACCOUNT NO.**<br>**Randall Flath**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| **ACCOUNT NO.**<br>**Steven Owens**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| **ACCOUNT NO.**<br>**Timothy Mazzye**<br>**163 Solar Street**<br>**Syracuse, NY 13204** | | | actual amount unknown at this time as and for current wages due and outstanding contributions to employees 401k with Principal Financial | | | | **unknown** | | |
| **ACCOUNT NO.** | | | | | | | | | |
| **ACCOUNT NO.** | | | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **16,995.02**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **16,695.02**  $ **300.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company                    Case No. _____
_____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**ACC Technical Services** <br>**106 Dwight Park Circle** <br>**Syracuse, NY 13209** | | | **For purchase of supplies & services used in the business from 11/8/2010** | | | | **216.00** |
| ACCOUNT NO. <br><br>**Accurapid The Language Service** <br>**806 Main Street** <br>**Poughkeepsie, NY 12603-1829** | | | **For purchase of supplies & services used in the business from 8/14/2009 through 9/13/2009** | | | | **845.00** |
| ACCOUNT NO. <br><br>**Advanta Credit Cards** <br>**P.O. Box 5657** <br>**Hicksville, NY 11802** | | | **purchases made for business from 11/24/08 through 3/24/2011** | | | | **11,400.18** |
| ACCOUNT NO. <br><br>**Amherst & Rogers** <br>**362 Tech Drive** <br>**New Milford, NJ 07646** | | | **For purchase of supplies & services used in the business from 8/18/10 through 9/17/2010** | | | | **316.05** |

**10** continuation sheets attached

|  | Subtotal (Total of this page) | $ | **12,777.23** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

**IN RE** Syracuse Lithographing Company

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aramark Uniform Service**<br>**3117 Milton Ave**<br>**Solvay, NY  13209** | | | **For purchase of supplies & services used in the business from 4/26/2010 through 9/15/2010** | | | | **590.06** |
| ACCOUNT NO.<br><br>**Avalon Document Services**<br>**901 North State Street**<br>**Syracuse, NY  13204** | | | **For purchase of supplies & services used in the business from 9/13/10 through 3/14/2011** | | | | **1,085.30** |
| ACCOUNT NO.<br><br>**Bond Schoeneck & King, PLLC**<br>**One Lincoln Center**<br>**Syracuse,, NY  13202** | | | **For purchase of supplies & services used in the business from 12/7/2009** | | | | **284.97** |
| ACCOUNT NO.<br><br>**Buffalo Printers Supply**<br>**3 Peuquet Parkway**<br>**Buffalo, NY  14150** | | | **For purchase of supplies & services used in the business from 9/23/2008 through 2/21/2010** | | | | **392.75** |
| ACCOUNT NO.<br><br>**Caswell & Associates, CPA's**<br>**436 Main Street**<br>**P.O. Box 27**<br>**Phoenix, NY  13135** | | | **For purchase of supplies & services used in the business from 10/14/2010** | | | | **1,120.00** |
| ACCOUNT NO.<br><br>**Central New York Glass Plus**<br>**9230 Brewerton Road**<br>**Brewerton, NY  13029** | | | **For purchase of supplies & services used in the business from 8/20/2009** | | | | **213.48** |
| ACCOUNT NO.<br><br>**Christopher Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY  13215** | | | **Money loaned to company by son via use of sons personal credit card of owner of company to pay bills and buy supplies.** | | | | **19,773.94** |

Sheet no. ____**1**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **23,460.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Syracuse Lithographing Company
_____  Case No. _____
                Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Coyne Textile Services<br>P.O. Box 200541<br>Pittsburgh, PA 15251 | | | For purchase of supplies & services used in the business from 3/3/2011 through 5/13/2011 | | | | 683.68 |
| ACCOUNT NO.<br>Darryl Granby<br>3419 Collins Road<br>Syracuse, NY 13215 | | | personal credit used for benefit of company | | | | 2,811.46 |
| ACCOUNT NO.<br>Darryl Granby<br>3419 Collins Road<br>Syracuse, NY 13215 | | | Money loaned to company by sole shareholder for operating expenses and purchase of equipment | | | | 496,654.38 |
| ACCOUNT NO.<br>Department Of Water<br>PO Box 4781<br>Syracuse, NY 13221 | | | Water Utility Service for 1st quater of 2011 | | | | 352.80 |
| ACCOUNT NO.<br>Evergreen Manufacturing<br>405 Cambridge Avenue<br>Syracuse, NY 13208 | | | For purchase of supplies & services used in the business from 5/5/2011 through 7/9/2011 | | | | 656.90 |
| ACCOUNT NO.<br>Excellus Health Plan<br>P.O. Box 5266<br>Binghamton,, NY 13902 | | | For purchase of supplies & services used in the business from 1/3/2011 | | | | 6,510.24 |
| ACCOUNT NO.<br>Express Shipping Room Supply<br>PO Box 11071<br>105 Terminal Road West<br>Liverpool, NY 13088 | | | For purchase of supplies & services used in the business from 2/25/2010 through 1/20/2011 | | | | 698.04 |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 508,367.50

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Syracuse Lithographing Company                    Case No. _____

_____                                    _____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Fed Ex** <br> **PO Box 360353** <br> **Pittsburgh, PA 15250** | | | **For purchase of supplies & services used in the business from 12/10/2010 through /2/2011** | | | | **481.96** |
| **ACCOUNT NO.** <br> **First Choice Staffing** <br> **7525 Morgan Road** <br> **Liverpool,, NY 13090** | | | **For purchase of supplies & services used in the business from 11/10/2009 through 12/11/2009** | | | | **356.32** |
| **ACCOUNT NO.** <br> **GE Richards Graphic Supplies** <br> **3495 Winton Place** <br> **Building D, Suite 1** <br> **Rochester, NY 14623** | | | **For purchase of supplies & services used in the business from 2/11/11 through 4/24/2011** | | | | **3,406.61** |
| **ACCOUNT NO.** <br> **Haylor Freyer & Coon** <br> **231 Salina Meadows Parkway** <br> **P.O. Box 4743** <br> **Syracuse, NY 13211-4743** | | | **For purchase of supplies & services used in the business from 4/20/2011** | | | | **1,491.00** |
| **ACCOUNT NO.** <br> **Hostman-Steinberg** <br> **2500 Walden Road** <br> **Ckeekowaga, NY 14225** | | | **For purchase of supplies & services used in the business from 2/15/2011 through 5/8/2011** | | | | **2,141.04** |
| **ACCOUNT NO.** <br> **HSBC Bank USA -Credit Card** <br> **PO Box 0627** <br> **Buffalo, NY 14270-4722** | | | **For purchase of supplies & services used in the business from 10/29/2007 through 5/4/2011** | | | | **15,272.09** |
| **ACCOUNT NO.** <br> **Hsbc BANK USA, NA** <br> **PO BOX 0002** <br> **Buffalo, NY 14270** | | | **Line of credit used by business for everyday operational expenses.** | | | | **48,999.94** |

Sheet no. _____**3**____ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **72,148.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company _____ Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hudson Paper Company**<br>**K/K/A Central Lewmar**<br>**111 Black Rock Turnpike**<br>**Fairfield, CT  06825** | | | **For purchase of supplies & services used in the business  from 4/27/2010 through 5/8/2011** | | | | **49,628.60** |
| ACCOUNT NO.<br>**Immediate Mailing Services**<br>**245 Commerce Blvd**<br>**Liverpool, NY  13088** | | | **For purchase of supplies & services used in the business from 12/10/2010 through 12/20/2010** | | | | **1,477.25** |
| ACCOUNT NO.<br>**Jerome Fire Equipment Co., Inc**<br>**8721 Caughdenoy Road**<br>**P.O. Box 110**<br>**Clay, NY  13041** | | | **For purchase of supplies & services used in the business from 5/10/10 through 5/22/10** | | | | **740.88** |
| ACCOUNT NO.<br>**Klassic E&G**<br>**PO Box 217**<br>**Syracuse, NY  13214** | | | **For purchase of supplies & services used in the business from 9/23/2010 through 3/28/2011** | | | | **1,421.00** |
| ACCOUNT NO.<br>**LaserTone**<br>**106 Dwight Park Circle**<br>**Syracuse, NY  13209** | | | **For purchase of supplies & services used in the business from 12/3/2010.** | | | | **112.32** |
| ACCOUNT NO.<br>**Linda Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY  13215** | | | **Money loaned to company** | | | | **0.00** |
| ACCOUNT NO.<br>**Linda Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY  13215** | | | **two loans by sole shareholders wife to company for operating capital** | | | | **69,061.63** |

Sheet no. _____**4**___ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        $  **122,441.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company _____ Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lovell Safety Management** <br> **110 William Street** <br> **12th Floor** <br> **New York, NY  10038** | | | **For purchase of supplies & services used in the business from 3/28/11 through 5/12/2011** | | | | **342.12** |
| ACCOUNT NO. <br> **MDI Inc.** <br> **Business Promotional Printing** <br> **120 Arterial Road** <br> **Syracuse, NY  13206** | | | **For purchase of supplies & services used in the business from 8/17/2009 through 11/15/2009** | | | | **1,162.33** |
| ACCOUNT NO. <br> **Mid York Press** <br> **2808 State Highway 80** <br> **P.O. Box 733** <br> **Sherburne, NY  13460** | | | **For purchase of supplies & services used in the business from 7/13/2010 through 1/2/11** | | | | **1,041.14** |
| ACCOUNT NO. <br> **Midgley Printing, Inc.** <br> **200 Oxford Street** <br> **Syracuse, NY  13202** | | | **For purchase of supplies & services used in the business from 9/10/2010 through 5/11/2011** | | | | **6,107.00** |
| ACCOUNT NO. **2100** <br> **National Grid** <br> **300 Erie Blvd West** <br> **Syracuse, NY  13252** | | | **Utility service provided from 2/3/08 through 5/3/2011** | | | | **4,085.19** |
| ACCOUNT NO. **1191** <br> **National Grid** <br> **300 Erie Blvd West** <br> **Syracuse, NY  13252** | | | **Utilty service provided from 1/7/11 through 4/6/11** | | | | **117.35** |
| ACCOUNT NO. **1109** <br> **National Grid** <br> **300 Erie Blvd West** <br> **Syracuse, NY  13252** | | | **Utility Services Provided 2/7/11 through 5/3/2011** | | | | **44.30** |

Sheet no. _____ **5** of _____ **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,899.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE Syracuse Lithographing Company      Case No. _____

_____
Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1114**<br>**National Grid**<br>**300 Erie Blvd West**<br>**Syracuse, NY 13252** | | | **Utility Services provided from 3/8/11 - 4/8/2011** | | | | **1,288.74** |
| ACCOUNT NO.<br>**New York State Sales Tax**<br>**UAF Building**<br>**P.O. Box 1205**<br>**New York, NY 10116-1205** | | | **Unpaid Sales Tax Liability** | | | | **unknown** |
| ACCOUNT NO.<br>**New York State Unemployment Insurance**<br>**P.O. 4301**<br>**Binghamton, NY 13902** | | | **Unpaid liability to insurance fund** | | | | **1,915.76** |
| ACCOUNT NO.<br>**Northland Communications**<br>**9560 Main Street**<br>**P.O. Box 419**<br>**Holland Patent, NY 13354** | | | **For purchase of supplies & services used in the business from 11/1/2010 through 5/14/2011** | | | | **2,444.39** |
| ACCOUNT NO.<br>**NYS Workers Compensation Bureau**<br>**Bureau Of Compliance**<br>**100 Broadway**<br>**Albany, NY 12241-0005** | | | **Unpaid liability to INsurance Fund** | | | | **unknown** |
| ACCOUNT NO.<br>**O'Connor Paper Fibers, Inc.**<br>**615 Elmwood Ave**<br>**Buffalo, NY 14222** | | | **For purchase of supplies & services used in the business from 4/5/09 through 7/4/2009** | | | | **5,110.45** |
| ACCOUNT NO.<br>**P&R Technical Services**<br>**P.O. Box 84**<br>**Syracuse, NY 13209** | | | **For purchase of supplies & services used in the business from 5/28/2010 through 3/11/2011** | | | | **258.00** |

Sheet no. _____**6**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      (Total of this page)    $ **11,017.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Syracuse Lithographing Company** _____ Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**P.J. Gren Advertising**<br>**22 Corporate Circle**<br>**P.O. Box 4026**<br>**East Syracuse, NY 13057** | | | **For purchase of supplies & services used in the business from 12/18/2008 through 3/27/2009** | | | | **2,379.86** |
| ACCOUNT NO.<br>**Printers Service**<br>**26 Blanchard Street**<br>**Newark, NJ 07105-5080** | | | **For purchase of supplies & services used in the business from 2/21/2011** | | | | **25.95** |
| ACCOUNT NO.<br>**Printing Industries Alliance**<br>**636 North French Road**<br>**Amherst, NY 14228** | | | **For purchase of supplies & services used in the business from 7/1/2009 through 5/1/2011** | | | | **1,297.52** |
| ACCOUNT NO.<br>**Prudential Insurance**<br>**PO Box 856138**<br>**Louisville, KY 40285** | | | **For purchase of supplies & services used in the business** | | | | **unknown** |
| ACCOUNT NO.<br>**Richard Wilson Snow Plowing**<br>**139 Ball Circle**<br>**Syracuse, NY 13210** | | | **For purchase of supplies & services used in the business from 1/2009 through 2/13/2011** | | | | **3,189.00** |
| ACCOUNT NO.<br>**RIS Paper Company**<br>**3 Selina Drive**<br>**Albany, NY 12205** | | | **For purchase of supplies & services used in the business from 10/12/2009 through 10/9/2010** | | | | **5,118.42** |
| ACCOUNT NO.<br>**Rochester Binding & Finishing**<br>**P.O. Box 60768**<br>**Rochester, NY 14606** | | | **For purchase of supplies & services used in the business from 8/31/2009** | | | | **1,320.00** |

Sheet no. **7** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,330.75**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Syracuse Lithographing Company**                    Case No. _____
_____
          Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rotadyne Inc., Roll Group**<br>**1840 Meyerside Drive**<br>**Mississauga, Ontario**<br>**LST 184, CANADA,** | | | **For purchase of supplies & services used in the business from 12/26/2009** | | | | 1,251.00 |
| ACCOUNT NO.<br>**Rumetco**<br>**610 West Bear Street**<br>**Syracuse, NY 13204** | | | **For purchase of supplies & services used in the business from 2/21/2010** | | | | 110.00 |
| ACCOUNT NO.<br>**Shane Syracuse**<br>**900 N. State Street**<br>**Syracuse, NY 13206** | | | **For purchase of supplies & services used in the business from 9/10/2009** | | | | 1,275.00 |
| ACCOUNT NO.<br>**Stirling Lubricants**<br>**1150 University Ave**<br>**Rochester, NY 14607** | | | **For purchase of supplies & services used in the business from 10/12/2010** | | | | 129.00 |
| ACCOUNT NO.<br>**Stolp-Gore Company**<br>**10140 So. Bode Street**<br>**Plainfield, IL 60585** | | | **For purchase of supplies & services used in the business from 4/24/2008** | | | | 108.34 |
| ACCOUNT NO.<br>**Sweeney Electric**<br>**2100 Park Street**<br>**P.O. Box 1**<br>**Syracuse, NY 13208** | | | **For purchase of supplies & services used in the business from 10/30/2009 to 4/14/2011** | | | | 9,187.26 |
| ACCOUNT NO.<br>**Syracuse Haulers**<br>**6223 Thompson Road**<br>**Suite 1000**<br>**Syracuse, NY 13206** | | | **For purchase of supplies & services used in the business from 2/28/2011through 4/25/2011** | | | | 271.44 |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
          (Total of this page) $ **12,332.04**

                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Syracuse Lithographing Company</u>       Case No. _____
<br>             Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tag Mechanical Systems Inc.**<br>**4019 New Court Ave**<br>**Syracuse, NY 13206** | | | **For purchase of supplies & services used in the business from 6/2/2010 through 2/26/2011** | | | | **670.97** |
| ACCOUNT NO.<br>**Teals Express**<br>**PO Box 6010**<br>**Watertown, NY 13601** | | | **For purchase of supplies & services used in the business ffrom 1/22/2010 through 5/2/2011** | | | | **2,444.80** |
| ACCOUNT NO.<br>**The Business Council Of NYS**<br>**12 Corporate Woods Blvd**<br>**Suit 17**<br>**Albany, NY 12211** | | | **For purchase of supplies & services used in the business from 10/14/2010 through 5/13/2011** | | | | **794.24** |
| ACCOUNT NO.<br>**Thompson & Johnson**<br>**6926 Fly Road**<br>**East Syracuse, NY 13057** | | | **For purchase of supplies & services used in the business from 5/10/2010 through 7/2/2010** | | | | **1,315.05** |
| ACCOUNT NO.<br>**Time Warner Cable**<br>**P.O. Box 4222**<br>**Buffalo, NY 14240** | | | **For purchase of supplies & services used in the business from 3/27/2011 through 5/13/2011** | | | | **470.93** |
| ACCOUNT NO.<br>**Tom's Repair**<br>**6312 E. Molloy Road**<br>**E. Syracuse, NY 13057** | | | **For purchase of supplies & services used in the business from 11/4/2009** | | | | **365.25** |
| ACCOUNT NO.<br>**United Health Care**<br>**5012 Campuswood Dr.**<br>**East Syracuse, NY 13057** | | | **unpaid health insurance premium** | | | | **5,000.00** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,061.24**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company        Case No. _____

                  Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA  19170-0001 | | | For purchase of supplies & services used in the business from 7/3/2010 through 9/28/2010 | | | | 2,653.23 |
| ACCOUNT NO.<br>Upstate Printing<br>Second Floor<br>212 West Division Street<br>Syracuse, NY  13204 | | | For purchase of supplies & services used in the business from 11/11/2010 through 1/14/2011 | | | | 1,994.00 |
| ACCOUNT NO.<br>VanAuken Transport<br>7272 Myers Road<br>East Syracuse, NY 13057 | | | For purchase of supplies & services used in the business from 10/29/2010 through 1/22/2011 | | | | 826.65 |
| ACCOUNT NO.<br>Wear-Ever Manufacturing<br>2283 Camel Road<br>Benicia, CA  94510 | | | For purchase of supplies & services used in the business from 9/25/2009 | | | | 654.00 |
| ACCOUNT NO.<br>WGH Delivery Sevice<br>P.O. Box 254<br>East Syracuse, NY  13057 | | | For purchase of supplies & services used in the business from 1/31/11 through 4/30/11 | | | | 1,288.20 |
| ACCOUNT NO.<br>YRC<br>PO Box 5901<br>Topeka, KS  66605-0901 | | | For purchase of supplies & services used in the business from 4/19/2010 | | | | 199.01 |
| ACCOUNT NO.<br>ZDNU National Grid 5<br>300 Erie Blvd West<br>Syracuse, NY  12352 | | | Utility Service Provided | | | | 330.96 |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
       (Total of this page)    $ **7,946.05**

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ **807,782.72**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company                    Case No. _____
_____                    _____
                    Debtor(s)                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Syracuse Lithographing Company                                    Case No. _____
_____
                              Debtor(s)                                                                (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Syracuse Lithographing Company</u>        Case No. _____

<div align="center">Debtor(s)</div>                  (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

<div align="right">Debtor</div>

Date: _____     Signature: _____

<div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____     _____

Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>Sole Owner/President/Director</u> (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>Syracuse Lithographing Company</u> (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **25** ___ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 25, 2011**     Signature: **/s/ Darryl J. Grandy**

<div align="center">**Darryl J. Grandy**</div>

<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*</div>

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of New York

IN RE:                                                    Case No. _____

**Syracuse Lithographing Company** _____      Chapter **11** _____

<center>Debtor(s)</center>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<center>*DEFINITIONS*</center>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 907,142.00 | 2009 gross business Income |
| 0.00 | 2010 gross business income - to be announced |
| 0.00 | 2011 gross business income - to be announced |

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Darryl Granby**<br>**3419 Collins Road**<br>**Syracuse, NY  13215** | | **0.00** | **0.00** |

**Darryl made advances to the Debtor periodically to make payroll shortages or made credit card purchases on personal credit cards for supplies needed immediately.  During the past year, the debtor repaid some of the advances in the amount to be determined.**

| | | | |
| --- | --- | --- | --- |
| **Linda Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY  13215**<br>**wife** | | **0.00** | **0.00** |

**Darryl made advances to the Debtor periodically to make payroll shortages or made credit card purchases on personal credit cards for supplies needed immediately.  During the past year, the debtor repaid some of the advances in the amount to be determined.**

| | | | |
| --- | --- | --- | --- |
| **Christopher Grandy**<br>**3419 Collins Road**<br>**Syracuse, NY  13215**<br>**Son** | | **0.00** | **0.00** |

**Darryl made advances to the Debtor periodically to make payroll shortages or made credit card purchases on personal credit cards for supplies needed immediately.  During the past year, the debtor repaid some of the advances in the amount to be determined.**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Weisman Law Office**<br>**8060 Shadow Rock Road**<br>**Manlius, NY  13104** | **5/22/2011** | **6,039.00** |

**$1,039 to be used for payment of filing fee; $5,000.00 for legal fees for pre-petiton services**

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **NY Forest Association** | **Paper stock held by debtor for future use** | **Debtors location** |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Syracuse Lithographing Company** | **15-0465110** | **163 Solar Street Syracuse, NY 13204** | **graphics and printing company** | **business started in 1863.** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brian Caswell**<br>**436 Main Street**<br>**Phoenix, NY 13035** | **last several years** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brian Caswell**<br>**436 Main Street**<br>**Phoenix, NY 13035** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Darryl Granby**
**3419 Collins Road**
**Syracuse, NY 13215**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **5/22/2011** | **Darryl Grandy** | **10,000.00 of supplies used in graphic arts and printing manufacturing such as ink, plates, film, and paper stock** |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Darryl Granby**<br>**3419 Collins Road**<br>**Syracuse, NY 13215** | **President/Director/CEO** | **100% sole owner and officer of compny** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 25, 2011**                    Signature: */s/ Darryl J. Grandy*

                                   **Darryl J. Grandy, Sole Owner/President/Director**
                                                                         Print Name and Title

       [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                        **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of New York**

IN RE:                                                          Case No. _____

**Syracuse Lithographing Company**                      Chapter **11** _____
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

I, (we), **Stewart L. Weisman** _____, the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Date: **May 25, 2011** _____   Signature: *Is/ Darryl J. Grandy* _____
**Darryl J. Grandy, Sole Owner/President/Director**                    Debtor

Date: _____   Signature: _____
Joint Debtor, if any

Date: **May 25, 2011** _____   Signature: *Is/ Stewart L. Weisman* _____
**Stewart L. Weisman 102806**                    Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ACC Technical Services
106 Dwight Park Circle
Syracuse, NY  13209


Accurapid The Language Service
806 Main Street
Poughkeepsie, NY  12603-1829


Advanta Credit Cards
P.O. Box 5657
Hicksville, NY  11802


Amherst & Rogers
362 Tech Drive
New Milford, NJ  07646


Aramark Uniform Service
3117 Milton Ave
Solvay, NY  13209


Avalon Document Services
901 North State Street
Syracuse, NY  13204


Bond Schoeneck & King, PLLC
One Lincoln Center
Syracuse,, NY  13202


Brian Lanzaame
163 Solar Street
Syracuse, NY  13204


Buffalo Printers Supply
3 Peuquet Parkway
Buffalo, NY  14150

```
Caswell & Associates, CPA's
436 Main Street
P.O. Box 27
Phoenix, NY  13135


Central New York Glass Plus
9230 Brewerton Road
Brewerton, NY  13029


Christopher Grandy
3419 Collins Road
Syracuse, NY  13215


City Of Syracuse
333 East Washington Street
Syracuse, NY  13261


Coyne Textile Services
P.O. Box 200541
Pittsburgh, PA  15251


Daniel Ross
163 Solar Street
Syracuse, NY  13204


Darryl Granby
3419 Collins Road
Syracuse, NY  13215


Department Of Water
PO Box 4781
Syracuse, NY  13221


Evergreen Manufacturing
405 Cambridge Avenue
Syracuse, NY  13208
```

Excellus Health Plan
P.O. Box 5266
Binghamton,, NY  13902


Express Shipping Room Supply
PO Box 11071
105 Terminal Road West
Liverpool, NY  13088


Fed Ex
PO Box 360353
Pittsburgh, PA  15250


First Choice Staffing
7525 Morgan Road
Liverpool,, NY  13090


GE Richards Graphic Supplies
3495 Winton Place
Building D, Suite 1
Rochester, NY  14623


Haylor Freyer & Coon
231 Salina Meadows Parkway
P.O. Box 4743
Syracuse, NY  13211-4743


Hostman-Steinberg
2500 Walden Road
Ckeekowaga, NY  14225


HSBC Bank USA -Credit Card
PO Box 0627
Buffalo, NY  14270-4722

Hsbc BANK USA, NA
PO BOX 0002
Buffalo, NY  14270


Hudson Paper Company
K/K/A Central Lewmar
111 Black Rock Turnpike
Fairfield, CT  06825


Immediate Mailing Services
245 Commerce Blvd
Liverpool, NY  13088


Internal Revene Service
P.O. Box 7346
Philadelphia, PA  19101-7346


Internal Revene Service
100 South Clinton Street
Syracuse, NY  13261


Jerome Fire Equipment Co., Inc
8721 Caughdenoy Road
P.O. Box 110
Clay, NY  13041


Klassic E&G
PO Box 217
Syracuse, NY  13214


LaserTone
106 Dwight Park Circle
Syracuse, NY  13209

Linda Grandy
3419 Collins Road
Syracuse, NY  13215


Linda Grandy
3419 Collins Road
Syracuse, NY  13215


Lovell Safety Management
110 William Street
12th Floor
New York, NY  10038


MDI Inc.
Business Promotional Printing
120 Arterial Road
Syracuse, NY  13206


Michael Clough
163 Solar Street
Syracuse, NY  13204


Mid York Press
2808 State Highway 80
P.O. Box 733
Sherburne, NY  13460


Midgley Printing, Inc.
200 Oxford Street
Syracuse, NY  13202


National Grid
300 Erie Blvd West
Syracuse, NY  13252

New York State Sales Tax
UAF Building
P.O. Box 1205
New York, NY  10116-1205


New York State Unemployment Insurance
P.O. 4301
Binghamton, NY  13902


Northland Communications
9560 Main Street
P.O. Box 419
Holland Patent, NY  13354


NYS Department Of Labor
Employer Account Adjustment Section
WA Harriman Campus
Albany, NY  12240-0415


NYS Department Of Taxation And Finance
OPTS-Corp Tax Liability Resolution
WA Harriman State Campus
Albany, NY  12227-0001


NYS Workers Compensation Bureau
Bureau Of Compliance
100 Broadway
Albany, NY  12241-0005


O'Connor Paper Fibers, Inc.
615 Elmwood Ave
Buffalo, NY  14222


P&R Technical Services
P.O. Box 84
Syracuse, NY  13209

P.J. Gren Advertising
22 Corporate Circle
P.O.  Box 4026
East Syracuse, NY  13057


Patricia Simmons-Clough
163 Solar Street
Syracuse, NY  13204


Printers Service
26 Blanchard Street
Newark, NJ  07105-5080


Printing Industries Alliance
636 North French Road
Amherst, NY  14228


Prudential Insurance
PO Box 856138
Louisville, KY  40285


Randall Flath
163 Solar Street
Syracuse, NY  13204


Richard Wilson Snow Plowing
139 Ball Circle
Syracuse, NY  13210


RIS Paper Company
3 Selina Drive
Albany, NY  12205


Rochester Binding & Finishing
P.O. Box 60768
Rochester, NY  14606

Rotadyne Inc., Roll Group
1840 Meyerside Drive
Mississauga, Ontario
LST 184, CANADA,


Rumetco
610 West Bear Street
Syracuse, NY  13204


Shane Syracuse
900 N. State Street
Syracuse, NY  13206


Steven Owens
163 Solar Street
Syracuse, NY  13204


Stirling Lubricants
1150 University Ave
Rochester, NY  14607


Stolp-Gore Company
10140 So. Bode Street
Plainfield, IL  60585


Sweeney Electric
2100 Park Street
P.O. Box 1
Syracuse, NY  13208


Syracuse Haulers
6223 Thompson Road
Suite 1000
Syracuse, NY  13206

Tag Mechanical Systems Inc.
4019 New Court Ave
Syracuse, NY  13206


Teals Express
PO Box 6010
Watertown, NY  13601


The Business Council Of NYS
12 Corporate Woods Blvd
Suit 17
Albany, NY  12211


Thompson & Johnson
6926 Fly Road
East Syracuse, NY  13057


Time Warner Cable
P.O. Box 4222
Buffalo, NY  14240


Timothy Mazzye
163 Solar Street
Syracuse, NY  13204


Tom's Repair
6312 E. Molloy Road
E. Syracuse, NY  13057


United Health Care
5012 Campuswood Dr.
East Syracuse, NY  13057


UPS
P.O. Box 7247-0244
Philadelphia, PA  19170-0001

```
Upstate Printing
Second Floor
212 West Division Street
Syracuse, NY  13204


VanAuken Transport
7272 Myers Road
East Syracuse, NY  13057


Wear-Ever Manufacturing
2283 Camel Road
Benicia, CA  94510


WGH Delivery Sevice
P.O. Box 254
East Syracuse, NY  13057


YRC
PO Box 5901
Topeka, KS  66605-0901


ZDNU National Grid 5
300 Erie Blvd West
Syracuse, NY  12352
```